1 | KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
2 | 100 W. Broadway, Ste. 920
Glendale, CA 91210
3 | Telephone: (818) 242-6859
Facsimile: (818) 240-7728
4
5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CV-15-00114 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| J.A. STEFANI, INC. dba SUMERSET ENTERPRISES; JEROME STEFANI; and DOES 1-10, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, J.A. STEFANI, INC. dba SUMERSET ENTERPRISES; JEROME STEFANI; and DOES 1-10, in the total amount of $60,216.20.

Dated: 5/27/15

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1